John Terry v. The State.

No. 8995.    Delivered December 3, 1924.

Rehearing denied January 16, 1925.

**Sale of Intoxicating Liquor.**

   No statement of facts nor bills of exception appearing in the record, the cause is affirmed.

Appeal from the District Court of Wise County.   Tried below before the Hon. F. O. McKensie, Judge.

Appeal from a conviction for the sale of intoxicating liquor; penalty, one year in the state penitentiary.

No brief filed for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—To an indictment charging the sale of intoxicating liquor, which appears regularly presented and in proper form, the appellant entered a plea of guilty; and upon the evidence heard the jury returned a verdict of conviction, assessing the punishment at confinement in the penitentiary for one year.

The facts are not brought forward for review. Neither is there any bill of exceptions complaining of the ruling of the trial court. No fundamental error has been perceived.

The judgment is affirmed.

*Affirmed.*